IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN R. LEVINE,

Plaintiff,

v.

BARNES-JEWISH HOSPITAL and
WASHINGTON UNIVERSITY,

Defendants.                                    No. 3:12-cv-948-DRH-DGW

## ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal with Prejudice and Without Costs (Doc. 48) filed by the parties under **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).** Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2014.

Digitally signed by David R. Herndon
Date: 2014.09.12 15:09:16 -05'00'

Chief Judge
United States District Judge