UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SUSAN R. LEVINE,

    Plaintiff,

v.

BARNES-JEWISH HOSPITAL et al,

    Defendant.                                    No. 12-cv-948-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on September 12, 2014 (Doc. 49), this case is **DISMISSED** with prejudice.

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       BY:     /s/ *Caitlin Fischer*
                                               **Deputy Clerk**

Dated:   September 15, 2014

Digitally signed by David R. Herndon
Date: 2014.09.15 13:06:06 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT